Daniel Robert Shaw
F. Richard Ruderman
RUDERMAN & KNOX, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Tel: (916) 563-0100
Fax: (916) 563-0114

*Attorneys for Plaintiffs T.R., a Minor,
Gerald R. and Dana, R.*

John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

*Attorneys for Defendants Humboldt County Office
of Education, Humboldt County Board of Education,
Garry T. Eagles and Mindy Fattig*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| T.R., a Minor; By and Through His Guardian Ad Litem DANA R., an Individual, and DANA R., an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMBOLDT COUNTY OFFICE OF EDUCATION, HUMBOLDT COUNTY BOARD OF EDUCATION *et al.*,<br><br>Defendants. | Case No.:  C 14-04839 NJV<br><br>**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES, ORDER THEREON

1   It is hereby STIPULATED by and between Plaintiffs T.R, a Minor, by and
2   through his guardian ad litem DANA R., Individually, and DANA R., Individually,
3   ("Plaintiffs") and Defendants HUMBOLDT COUNTY OFFICE OF EDUCATION,
4   HUMBOLDT COUNTY BOARD OF EDUCATION, GARRY T. EAGLES and MINDY
5   FATTIG, ("Defendants"),  through their respective attorneys of record as follows:
6   Plaintiffs have agreed to extend the time within which the defendants shall answer
7   or otherwise respond to plaintiffs' Complaint.  The parties have agreed that defendants
8   will respond to the complaint on or before January 26, 2015.
9   On November 23, 2014 (Dckt. 5) the Court scheduled the initial case management
10  conference for February 3, 2015, with ADR deadlines prior to this date.
11  The parties request that the Court reschedule the initial Case Management
12  Conference for March 16, 2015, or as soon thereafter that the Court is available.
13  The parties further request that the Court modify the ADR scheduling order in
14  accordance with the rescheduled Case Management Conference date.

16  DATED:  January 7, 2015          RUDERMAN AND KNOX, LLP

17                                   By:   /s/ Daniel Robert Shaw
                                           Daniel Robert Shaw
18                                         Frank Richard Ruderman
                                           Attorneys for Plaintiffs

20  DATED:  January 7, 2015   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

21                                   By:   /s/ William F. Mitchell
                                           John M. Vrieze
22                                         William F. Mitchell
                                           Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES, ORDER THEREON

**ORDER**

The initial case management conference, previously scheduled for February 3, 2015, is rescheduled for March 17, 2015 at 2:00 p.m. Pursuant to the Initial Case Management Scheduling Order (Doc. 5) all other deadlines are continued accordingly.

IT IS SO ORDERED

Dated: January 8, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES, ORDER THEREON