1  Daniel R. Shaw
   F. Richard Ruderman
2  RUDERMAN & KNOX, LLP
   1300 National Drive, Suite 120
3  Sacramento, CA 95834
   Tel: (916) 563-0100
4  Fax: (916) 563-0114

5  *Attorneys for Plaintiffs T.R., a Minor,*
   *Gerald R. and Dana, R.*
6
   John M. Vrieze, CSB #115397
7  William F. Mitchell, CSB #159831
   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
8  Attorneys at Law
   814 Seventh Street
9  P. O. Drawer 1008
   Eureka, CA  95502
10 Tel:  (707) 443-5643
   Fax: (707) 444-9586
11
   *Attorneys for Defendants Humboldt County Office*
12 *of Education, Humboldt County Board of Education,*
   *Garry T. Eagles and Mindy Fattig*
13

14                 UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      EUREKA DIVISION

17 | T.R., a Minor; By and Through His | ) | Case No.:  C 14-04839 NJV |
   | Guardian Ad Litem DANA R., an | ) | |
18 | Individual, | ) | **STIPULATION TO RESCHEDULE** |
   | | ) | **INITIAL CASE MANAGEMENT** |
   |                     Plaintiff, | ) | **CONFERENCE AND ADR** |
19 | vs. | ) | **DEADLINES; ORDER THEREON** |
   | | ) | |
20 | HUMBOLDT COUNTY OFFICE OF | ) | |
   | EDUCATION, HUMBOLDT COUNTY | ) | |
21 | BOARD OF EDUCATION, | ) | |
   | SEMPERVIRENS PSYCHIATRIC | ) | |
22 | HEALTH FACILITY, HUMBOLDT | ) | |
   | COUNTY CHILD WELFARE, | ) | |
23 | JUVENILE PROBATION SERVICES, | ) | |
   | HUMBOLDT COUNTY SPECIAL | ) | |
24 | EDUCATION LOCAL PLAN AREA, | ) | |
   | GARRY T. EAGLES, Individually, | ) | |
25 | MINDY FATTIG, Individually,. | ) | |
   | | ) | |
26 |                     Defendants. | ) | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

                                 0
_____
       STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
                  AND ADR DEADLINES; ORDER THEREON

1    Whereas plaintiff filed an Amended Complaint on February 6, 2015, adding

2    additional defendants and claims, it is hereby STIPULATED by and between Plaintiff

3    T.R, a Minor, by and through his guardian ad litem DANA R., Individually, ("Plaintiff")

4    and Defendants HUMBOLDT COUNTY OFFICE OF EDUCATION, HUMBOLDT

5    COUNTY BOARD OF EDUCATION, GARRY T. EAGLES and MINDY FATTIG,

6    ("Defendants"), through their respective attorneys of record as follows:

7    Plaintiffs have agreed to extend the time within which said defendants shall

8    answer or otherwise respond to plaintiffs' Amended Complaint to March 20, 2015.

9    Furthermore, the parties request that the Court reschedule the initial Case

10   Management Conference, currently set for March 17, 2015, to April 17, 2015, or as soon

11   thereafter that the Court is available.

12   The parties further request that the Court modify the ADR scheduling order in

13   accordance with the rescheduled Case Management Conference date.

14

15   DATED:  February 24, 2015              RUDERMAN AND KNOX, LLP

16                                          By:    /s/ Daniel R. Shaw

17                                                 Daniel R. Shaw
                                                   F. Richard Ruderman
18                                                 Attorneys for Plaintiffs

19

20   DATED:  February 24, 2015              MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

21                                          By:    /s/ William F. Mitchell

22                                                 John M. Vrieze
                                                   William F. Mitchell
23                                                 Attorneys for Defendants

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
_____
STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; ORDER THEREON

1

2

3

### ORDER

4
   The initial case management conference, previously scheduled for March 17,

5
2015, is rescheduled for April 28, 2015 at 1:00 p.m.  Pursuant to the Initial Case

6
Management Scheduling Order (Doc. 5) all other deadlines are continued accordingly.

7
   IT IS SO ORDERED

8

9
Dated:  February 25, 2015

10

11

$\rule{6cm}{0.4pt}$

NANDOR J. VADAS

12
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; ORDER THEREON