UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| T. R., a Minor; By and Through His Guardian Ad Litem DANA R., an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBOLDT COUNTY OFFICE OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 14-cv-04839-NJV<br><br>**ORDER**<br>Re: Dkt. No. 29 |

On March 20, 2015, Defendants Garry Eagles, Mindy Fattig, Humboldt County Board of Education, Humboldt County Office of Education, and Humboldt County SELPA ("School Defendants") filed a Motion to Dismiss Plaintiff's Amended Complaint. (Doc. 28). On March 27, 2015, Defendants Humboldt County Child Welfare, Juvenile Probation Services, and Semper Virens Psychiatric Health Facility ("County Defendants") filed a Stipulation in which the parties agreed to extend the time for County Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. (Doc. 29).

Accordingly, it is ORDERED as follows:

1) the Joint stipulation is GRANTED; County Defendants shall have until on or before April 28, 2015 to answer or otherwise respond to Plaintiff's Amended Complaint;

2) the Case Management Conference set for April 28, 2015, and all associated deadlines are hereby VACATED;

3) the hearing on the Motion to Dismiss is RESET for May 26, 2015. Should the County Defendants respond to the Amended Complaint with a Motion to Dismiss, it too shall be set for

1   hearing on May 26, 2015.

2   **IT IS SO ORDERED**.

3   Dated: March 31, 2015

4   _____
    NANDOR J. VADAS
5   United States Magistrate Judge