UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| T. R.,<br><br>   Plaintiff,<br><br> v.<br><br>HUMBOLDT COUNTY OFFICE OF EDUCATION, et al.,<br><br>   Defendants. | Case No. 14-cv-04839-NJV<br><br>**ORDER TAKING PENDING MOTION UNDER SUBMISSION**<br><br>Re: Dkt. No. 28 |

  Defendants Garry Eagles, Mindy Fattig, Humboldt County Board of Education, Humboldt County Office of Education, and Humboldt County SELPA's Motion to Dismiss is set for hearing before the court on May 26, 2015.  The matter is now fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matters under submission.  The matter will be decided on the papers and the hearing is canceled.

  **IT IS SO ORDERED**.

Dated: May 12, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge